# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

RAMZI ALBADER

**SUMMONS IN A CIVIL CASE**

V.

DENIS RIORDAN, DISTRICT DIRECTOR,
DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP AND IMMIGRATION SERVICES,
BOSTON

CASE NUMBER: 05 11215 JLT

TO: (Name and address of Defendant)

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, Ma.
Attn: Denis Riordan, District Director

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan M. Pampanin, Esq.
Pampanin Law Offices
2343 Massachusetts Avenue
Cambridge, Ma.  02140

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN _ _

CLERK

DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 22, 2005 |
| NAME OF SERVER   THOMAS G. JACKSON | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Ms. Joann Sassone, Records and Information Services Officer and
Duly Authorized Agent for the within-named   U.S. Citizenship and Immigration Services.
Said service was made at:
JFK Federal Building-Room E160, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 45.00 | 2 | Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 22, 2005                   *[signature: Thomas G. Jackson]*
                Date                                    Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE  2  ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 6/20/05 | 11:30a.m. | No service at JFK Federal Bldg., Boston, Ma - While conducting an investigation Process Server learned Mr. Riordan is located at Ste. 1700 but there an employee stated Mr. Riordan is now located on the 1st fl. however Process Server was unable to locate him on the 1st fl. | $ _____  $ _____  Investigation $ 25.00 |
| | | | $ _____ |
| 6/22/05 | 10:45a.m. | Service was made at JFK Federal Bldg.-Rm. E160, Boston, Ma.................. | $ 20.00 |
| | | | $ _____ |
| | | TOTAL | $ 45.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
Massachusetts Constables since 1925      Boston, MA 02109                 Fax #        (617) 720-5737