# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RAMZI ALBADER

**SUMMONS IN A CIVIL CASE**

V.

DENIS RIORDAN, DISTRICT DIRECTOR,
DEPARTMENT OF HOMELAND SECURITY,
CITIZENSHIP AND IMMIGRATION SERVICES,
BOSTON

CASE NUMBER:

**05 11215 JLT**

TO: (Name and address of Defendant)
Michael J. Sullivan, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Ma.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan M. Pampanin, Esq.
Pampanin Law Offices
2343 Massachusetts Avenue
Cambridge, Ma. 02140

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 9 2005

CLERK                                                                 DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | **DATE** June 20, 2005 |
| **NAME OF SERVER** THOMAS G. JACKSON | **TITLE** Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to _____ **Ms. Tran, Receptionist and** _____
Duly Authorized Agent for the within-named _____ **Michael J. Sullivan, U.S. Attorney.** _____
Said service was made at:
_____ **U.S. Courthouse, 1 Courthouse Way, Suite 9200, Boston** _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 24.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 20, 2005
                    Date

*Signature of Server* [signed: Thomas G. Jackson]

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ____ |
| | | Please note Ms. Tran refused to give out her first name. | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | | $ ____ |
| | | TOTAL | $ ____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**      **Boston, MA 02109**             Fax #         (617) 720-5737