05-CV-11215-JLT

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 011215

Ramzi Albader
**Plaintiff**

MOTION TO WITHDRAW
COMPLAINT FOR

v.

MANDAMUS

Denis Riordan, DISTRICT DIRECTOR,
U.S. Citizenship and Immigration Services
**Defendant**

    Comes now Alan M. Pampanin, Attorney for Plaintiff, and moves to withdraw the Complaint for Mandamus on the grounds the Complaint is moot, Naturalization having been granted the Plaintiff on July 27, 2005.

Respectfully submitted,

Ramzi Albader,
By his attorney,

Dated:   August 3, 2005

Alan M. Pampanin
Pampanin Law Offices
2343 Massachusetts Avenue
Cambridge, MA 02140
617-498-0900

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

|  |  |  |
|---|---|---|
| Ramzi Albader | ) | |
|     Plaintiff | ) | Civil Action No. 011215 |
| v. | ) | |
| Denis Riordan | ) | |
| District Director, Department of Homeland Security, Citizenship and Immigration Services, Boston | ) | |
|     Defendant | ) | |

**CERTIFICATE OF SERVICE**

I, Alan M. Pampanin of Pampanin Law Offices in Cambridge, Massachusetts certify I have served a true copy of the Motion to Withdraw Complaint for Mandamus to:

Anton Giedt, U.S. Attorney
U.S. Attorney's Office
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

U.S. Citizenship and Immigration Services
JFK Building
Government Center
Boston, MA 02203
Attn: Denis Riordan, District Director

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Service
Office of the District Counsel
JFK Federal Bldg. - Room 425
Boston, MA 02203

By mailing first class mail, postage prepaid on this 3rd day of August, 2005.

Alan M. Pampanin
Pampanin Law Offices
2343 Massachusetts Avenue
Cambridge, MA 02104
617-498-0900